IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-00223-REB-MJW

RUSSELL M.  BOLES,

Plaintiff,

v.

DEVIN NEWTH, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Request for Filing Schedule (Docket No. 18), in which plaintiff requests defendants' answer and a date for filing opening brief, is denied.  As the docket entry for the Waivers of Service (Docket No. 15) shows, defendants' answers are not due until June 22, 2009.  Furthermore, it is premature for a Scheduling Conference to be conducted in this matter, and no opening briefs need to be filed.  A Scheduling Conference and other necessary pretrial conferences will be set as necessary in due course.

Date: June 12, 2009