IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00223-REB-MJW

RUSSELL M. BOLES,

Plaintiff,

v.

DEVIN NEWTH, et al.,

Defendants.

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's Motion to Submit Without Copies **(Docket No. 29)** is **denied** inasmuch as there is no requirement that plaintiff submit a copy of documents filed along with the original, and plaintiff states in his motion that defense counsel will be sent a copy of documents filed.  It is further

**ORDERED** that the plaintiff's Motion to Convert Defendant's Motion to Dismiss to One for Summary Judgment **(Docket No. 27)** is **denied** inasmuch as neither plaintiff nor the defendants have presented matters outside of the pleadings with respect to the defendants' motion to dismiss.

Date: August 17, 2009