IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00223-REB-MJW

RUSSELL M.  BOLES,

Plaintiff,

v.

DEVIN NEWTH, et al.,

Defendants.

_____

## MINUTE ORDER

_____

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion to Amend or Supplement Response to Defendants' Motion for Dismissal (docket no. 34) is GRANTED as follows. The court will take into consideration docket no. 34 when it enters a Recommendation on Defendants' Motion to Dismiss (docket no. 21).

Date: September 23, 2009