**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-00223-REB-MJW

RUSSELL M. BOLES,

     Plaintiff,

v.

DEVIN NEWTH,
CHRISTIANS,
M. PECK,
ABNEY,
J. LONG,
C.L. HUMPHREY, and
KEVIN MILYARD,

     Defendants.

## ORDER GRANTING MOTION TO HOLD CASE IN TEMPORARY ABEYANCE

**Blackburn, J.**

     The matter before me is plaintiff's **Motion To Hold Case in Temporary Abeyance** [#42] filed January 25, 2010.  Plaintiff asks the court to stay resolution of this matter until he is released from prison on February 25, 2010.  Although I ordered defendants to respond to the motion (*see* **Minute Order** [#43] entered January 25, 2010), they failed to do so within the time specified.[1]  I, therefore, construe the motion as unopposed.  Having reviewed the motion and being apprised of the relevant facts, I find and conclude that the motion should be granted.

---

[1] Although I will not at this juncture require defendants to show cause why they apparently ignored a direct order of the court, they are strongly cautioned that future failures may well result in the imposition of condign sanctions.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Motion To Hold Case in Temporary Abeyance** [#42] filed January 25, 2010, is **GRANTED**;

2. That the court will temporarily stay ruling on the **Recommendation on Defendants' Combined Motion To Dismiss and Memorandum Brief in Support of Motion To Dismiss (Docket No. 21)** [#39] filed November 13, 2009, until after February 25, 2010, and

3. That plaintiff **SHALL FILE** any objections to the magistrate judge's recommendation by **Friday, March 12, 2010**.

Dated February 18, 2010, at Denver, Colorado.

                                                **BY THE COURT:**

                                                */s/ Robert E. Blackburn*
                                                Robert E. Blackburn
                                                United States District Judge