**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00223-REB-MJW

RUSSELL M. BOLES,

    Plaintiff,

v.

DEVIN NEWTH,
CHRISTIANS,
M. PECK,
ABNEY, and
C.L. HUMPHREY,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on plaintiff's **Motion To Rule on Motion For Reconsider Order on Magistrate's Recommendation** [#51] filed April 14, 2010. The motion is **DENIED** as moot.

    Dated: April 19, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.