IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00223-REB-MJW

RUSSELL M. BOLES,

Plaintiff,

v.

DEVIN NEWTH, et al.,

Defendants.

---

MINUTE ORDER

---

It is hereby ORDERED that the Defendants' Motion to Vacate Scheduling Conference, DN 58, filed with the Court on May 19, 2010, is GRANTED. The Scheduling Conference set on May 26, 2010 at 11:00 am., is VACATED.

FURTHER, IT IS ORDERED that a STAY is entered in this matter until a decision is made by the Tenth Circuit on the Plaintiff's pending appeal.

FURTHER, IT IS ORDERED that the parties shall file a written status report beginning on July 1, 2010, and the first of each month thereafter, advising the court of the status of the appeal.

Date: May 21, 2010