IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-00223-REB-MJW

RUSSELL M. BOLES,

Plaintiff(s),

v.

DEVIN NEWTH,
M. PECK,
ABNEY, and
C. L. HUMPHREY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendants' Uncontested Motion to Reschedule Settlement Conference (docket no. 78) is GRANTED finding good cause shown. The Settlement Conference set on May 2, 2011, at 10:00 a.m. is VACATED. The parties may request that the Settlement Conference be reset by motion.


Date:   April 21, 2011