IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00223-REB-MJW

RUSSELL M. BOLES,

Plaintiff(s),

v.

DEVIN NEWTH,
M. PECK,
ABNEY, and
C. L. HUMPHREY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Defendants' Motion to Reschedule Final Pretrial Conference (docket no. 91) is GRANTED finding good cause shown. The Final Pretrial Conference set on September 15, 2011, at 8:30 a.m. is VACATED. The court will consider resetting the Final Pretrial Conference after ruling on the outstanding Motion for Summary Judgment [basis of summary judgment motion is on qualified immunity grounds] (docket no. 85). See Crawford-El v. Britton, 523 U.S. 574, 598 (1998).

Date: September 13, 2011